

Kyle A. Farnam, AK Bar No. 1610085
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 1.800.423.1950
Facsimile: 206.621.8783
E-mail: kfarnam@cozen.com

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a New Hampshire company,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER INC. D/B/A PORTER-CABLE CORPORATION, a Maryland corporation,<br><br>Defendant. | Cause No. 4FA-21-01583CI<br><br>**SUMMONS AND NOTICE TO PARTIES OF JUDICIAL ASSIGNMENT** |

TO DEFENDANT: BLACK & DECKER INC D/B/A PORTER-CABLE CORPORATION

You are hereby summoned and required to file with the Court a written Answer to the Complaint which accompanies this Summons. Your answer must be filed with the Court at:

<u>101 Lacey Street, Fairbanks, Alaska</u> within 20* days after the day you receive the Summons. In addition, a copy of your Answer must be sent to:

Plaintiff's Attorney:   Kyle A. Farnam, Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104

If you fail to file your Answer within the required time, a default judgment may be entered against you for the relief demanded in the Complaint.

If you are not represented by an attorney, you must inform the Court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing

SUMMONS - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\52132651\1 00042.0021.000/455262.000

address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the Court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the Court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO:　Plaintiff and Defendants

This case has been assigned to Judge _Lyle_.

_May 19, 2021_
Date

CLERK OF COURT
Deputy Clerk

\* The state or a state officer or agency named as a defendant has 40 days to file its Answer. If you have been served with this Summons outside the United States, you also have 40 days to file your Answer.

SUMMONS - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000

Kyle A. Farnam, AK Bar No. 1610085
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 1.800.423.1950
Facsimile: 206.621.8783
E-mail: kfarnam@cozen.com

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| OHIO SECURITY INSURANCE COMPANY, a New Hampshire company, | |
|---|---|
| Plaintiff, | Cause No. |
| v. | **COMPLAINT** |
| BLACK & DECKER INC. D/B/A PORTER-CABLE CORPORATION, a Maryland corporation, | |
| Defendant. | |

## **COMPLAINT FOR DAMAGES**

Plaintiff Ohio Security Insurance Company ("Ohio Security"), as subrogee of CJ's of Fairbanks LLC d/b/a Carl's Jr. ("CJ"), by and through its attorneys of record, complain against Defendant Black & Decker Inc. d/b/a Porter-Cable Corporation ("Porter-Cable") as follows:

### I.     PARTIES

1.1   At all relevant times, Ohio Security was and is a company duly organized under the laws of New Hampshire with its principal place of business in Ohio.

1.2   At all relevant times, Ohio Security provided insurance coverage to CJ and its property located at 1391 University Avenue South, Fairbanks, Alaska 99709 ("Subject Property").

**COMPLAINT - 1**

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\51860656\1 00042.0021.000/455262.000

EXHIBIT A
3 of 6

1.3     Upon information and belief, at all relevant times, Porter-Cable was and is a corporation duly organized under the laws of Maryland with its principal place of business in Tennessee.

## II. JURISDICTION AND VENUE

2.1     Ohio Security reallages all preceding paragraphs as though fully set forth herein.

2.2     The amount of Ohio Security's claim for damages exceeds $100,000.00. Therefore, jurisdiction in this matter is conferred to the Superior Court of the State of Alaska.

2.3     The incident that forms the basis of this lawsuit occurred in Fairbanks, Alaska, and venue in this matter is properly laid in the Fourth Judicial District at Anchorage.

## III. FACTUAL BACKGROUND

3.1     Ohio Security reallages all preceding paragraphs as though fully set forth herein.

3.2     On May 12, 2019, fire erupted at the Subject Property.

3.3     Subsequent investigation revealed that the fire originated at an air compressor manufactured by Porter-Cable ("Subject Air Compressor").

3.4     Further investigation revealed that the Subject Air Compressor was defective and caused the fire.

3.5     Following the fire, CJ submitted a claim to its insurer, Ohio Security. Ohio Security made payments to CJ for the damages sustained due to the fire pursuant to the terms of its insurance policy; thus, Ohio Security is equitably, contractually, and legally subrogated to the rights and remedies that CJ may have against Porter-Cable to the extent of its payments under the policy of insurance.

3.6     As a result of the fire, Ohio Security incurred damages in an amount to be proven at trial, which is currently estimated to be approximately $244,277.31.

**COMPLAINT - 2**

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\51860656\1 00042.0021.000/455262.000

Case 4:21-cv-00018-JWS   Document 1-1   Filed 08/02/21   Page 4 of 6  EXHIBIT A
4 of 6

## IV. CAUSE OF ACTION: STRICT PRODUCT LIABILITY

4.1     Ohio Security reallages all preceding paragraphs as though fully set forth herein.

4.2     Porter-Cable manufactured the Subject Air Compressor that caused the fire to the Subject Property.

4.3     Porter-Cable is a manufacturer and/or commercial seller of the Subject Air Compressor for purposes of this lawsuit.

4.4     The Subject Air Compressor was not reasonably safe in design in that the likelihood that the Subject Air Compressor could fail and cause a fire under foreseeable circumstances and the seriousness of such injury outweighed the burden on Porter-Cable to design its product in a manner that would have prevented the damage.

4.5     The Subject Air Compressor was not reasonably safe in construction because when it left Porter-Cable's hands, it deviated in some material way from Porter-Cable's design specifications or performance standards or deviated in some material way from otherwise identical units of the same product line.

4.6     The Subject Air Purifier was not reasonably safe because an ordinary consumer does not contemplate using such a product in a foreseeable manner would cause it to fail and, thereby, cause substantial property damage.

4.7     As a direct and proximate cause of Porter-Cable's conduct, Ohio Security incurred damages in an amount to be proven at trial, which is currently estimated to be approximately $244,277.31.

## V. PRAYER FOR RELIEF

WHEREFORE, Ohio Security prays the Court for relief as follows against Porter-Cable:

1.      For Ohio Security be awarded its damages in an amount to be proven at the

COMPLAINT - 3

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\51860656\1 00042.0021.000/455262.000

time of trial;

2. For Ohio Security's costs and expenses incurred herein;

3. For any reasonable attorney's fees as allowed by law;

4. For prejudgment interest as allowed by law from the date of the fire incident up until the time judgment is rendered herein; and

5. For such other and further relief as the Court deems just and equitable under the circumstances.

DATED this 4th day of May, 2021.

COZEN O'CONNOR

By: /s/ Kyle Farnam
Kyle A. Farnam, AK Bar No. 1610085
Attorney for Plaintiffs

**COMPLAINT - 4**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
WELLS FARGO CENTER
SEATTLE, WASHINGTON 98104
(206) 340-1000